## HUGGINS *et al. vs.* POWELL.

1. The act of 1848 (Pamphlet Acts, p. 95,) repeals the Act of 1845, (Pamphlet Acts, p. 62,) in reference to motions against officers for failing to return executions, and three days notice of the motion must now be given before judgment can be rendered against the officers for such default.

2. The act of 1848 authorizes a judgment against an officer for failing to return an execution, of only twenty per cent. on the amount of the execution.

ERROR to the Circuit Court of Dallas. Tried before the Hon. Nathan Cook.

Motion against a sheriff for failing to return an execution.

GIBBONS, for plaintiff in error.

PEGUES, *contra.*

DARGAN, C. J.—The proceedings in this case were conducted in conformity to the act of the 27th of January, 1845, without notice to the sheriff, or any of his securities, and the judgment is for the entire amount of the execution, which the sheriff failed to return. The judgment cannot be sustained, for by the act of the 3rd of March, 1848, the sheriff is entitled to three days notice of a motion against him for failing to return an execution.—See pamphlet acts of 1848, p. 95. In this case no notice was given to him, or to his securities, but on the call of the execution docket, on the first day of the term, it was suggested to the court, that the motion would be made, and the motion was then entered on the motion docket, and set for trial. The act of 1848 repeals the act of 1845, in reference to motions against officers for failing to return executions, and they must now have three days notice of the motion before judgment can be rendered against them for such default.

The judgment is also erroneous in amount. The act of 1848 allows a recovery only of twenty per cent. upon the amount of the execution which the sheriff failed to return.

Let the judgment be reversed.